UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

BERNARD DOLENZ,            )
                           )
      Plaintiff,     )
                           )        CIVIL ACTION NO.
VS.                        )
                           )        3:14-CV-1188-G (BH)
DALLAS OBSERVER, ET AL.,   )
                           )
      Defendants.    )

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

For the reasons stated in the recommendation, by separate judgment the plaintiff's claim challenging his conviction will be **DISMISSED** with prejudice under

28 U.S.C. § 1915(e)(2), and his state law claim will be **DISMISSED** without prejudice for lack of jurisdiction.

    **SO ORDERED**.

April 17, 2014.

                                      */s/ A. Joe Fish*
                                      A. JOE FISH
                                      **Senior United States District Judge**