UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

BERNARD DOLENZ,                         )
                                        )
        Plaintiff,                      )
                                        )         CIVIL ACTION NO.
VS.                                     )
                                        )         3:14-CV-1188-G (BH)
DALLAS OBSERVER, ET AL.,                )
                                        )
        Defendants.                     )

# ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.  For the reasons stated in the findings, conclusions, and recommendation of the United States Magistrate Judge, plaintiff's motion for clarification of order accepting findings of U.S. Magistrate Judge and judgment of April 17, 2014 (docket entry 13), is construed as a

motion to alter or amend the judgment pursuant to FED. R. CIV. P. 59(e), and is **DENIED**.

    **SO ORDERED**.

May 15, 2014.

                                              /s/ A. Joe Fish
                                              **A. JOE FISH**
                                              **Senior United States District Judge**